[Doc. No. 19]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE TOWNSHIP OF CHERRY HILL, CAMDEN COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>HUMAN RESOURCE MICROSYSTEMS INC., AND BPO MANAGEMENT SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION NO. 09-5766 |

## ORDER

AND NOW, this __7th__ day of October, 2010, all parties consenting to the entry of this Order, it is hereby ORDERED and DECREED that Defendants' Uncontested Motion For Extension to Answer Plaintiff's Amended Complaint is GRANTED, and Defendants are allowed an additional thirty days to respond to Plaintiff's Amended Complaint, or until Thursday, November 11, 2010.

_____, U.S.M.J.